# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00130-CV

**Andrew Coney; Mitchell Walker; Brett Udland; Capital City Drug, LLC; and Axia Medical Solutions, LLC, Appellants**

**v.**

**Prodigy Health, LLC, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-000218, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## NO. 03-25-00051-CV

**Axia Medical Solutions, LLC; Andrew Coney; Mitchell Walker; Brett Udland; and Capital City Drug, LLC, Appellants**

**v.**

**Prodigy Health, LLC, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-000218, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Axia Medical Solutions, LLC, Andrew Coney, Mitchell Walker, Brett Udland, and Capital City Drug, LLC filed an unopposed motion to consolidate cause number 03-25-00051-CV with cause number 03-24-00130-CV. Appellants inform us that both

appeals arise from the same case and concern the same subject matter. We grant the motion and consolidate cause number 03-25-00051-CV with cause number 03-24-00130-CV for all purposes. The issues, records, and documents filed in cause number 03-25-00051-CV are consolidated into cause number 03-24-00130-CV. The consolidated appeal shall proceed under appeal number 03-24-00130-CV and cause number 03-25-00051-CV is hereby dismissed. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Theofanis, Crump, and Ellis

No. 03-24-00130-CV Consolidated

No. 03-25-00051-CV Dismissed

Filed: February 26, 2025